IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RAY FRANKLIN GRANDON,

    Plaintiff,

vs.

    Civil Action 2:09-CV-361
    Judge Sargus
    Magistrate Judge King

ROBERT ELSWICK,

    Defendant.

## ORDER

On May 7, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the complaint be dismissed, pursuant to 28 U.S.C. §1915(e), for failure to state a claim upon which relief can be granted. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

6-4-2009
Date

Edmund A. Sargus, Jr.
United States District Judge